**Dismissed and Memorandum Opinion filed March 12, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00979-CV

## RANDALL L. PATTERSON, Appellant

## V.

## CITY OF HOUSTON, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-27190**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order granting the City of Houston's plea to the jurisdiction signed September 21, 2012. Appellant filed a timely notice of appeal on October 22, 2012. *See* Tex. R. App. P. 4.1, 26.1. The clerk's record was filed December 28, 2012.

Our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees

in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On January 29, 2013, this court ordered appellant to pay the appellate filing fee on or before February 11, 2013, or the court would consider dismissing the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). Appellant has not paid the appellate filing fee.

Appellant's brief was due January 28, 2013. Appellant did not file a brief or request an extension of time to file the brief. *See* Tex. R. App. P. 38.6(a), (d). On February 7, 2013, this court issued an order stating that unless appellant filed a brief on or before February 25, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.